# ASK LLP
**ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Cybersource Corporation** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113375 | $150,000.00 | 3/27/2023 | 007551282224_2 | 11/30/2022 | $247,209.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113253 | $150,000.00 | 3/16/2023 | 007551282224_1 | 11/30/2022 | $247,209.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113043 | $150,750.00 | 3/10/2023 | 007553438095 | 10/31/2022 | $150,750.00 |

**Totals:** 3 transfer(s), $450,750.00